[No. 6594–1–II.   Division Two.   June 13, 1984.]

THE STATE OF WASHINGTON, *Respondent*, v. DOUGLAS
L. WALDEN, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 61024RO15, Waldo F. Stone, J., entered August 26, 1982. *Affirmed* by unpublished opinion per Petrich, C.J., concurred in by Petrie and Worswick, JJ.

[No. 6699–8–II.   Division Two.   June 13, 1984.]

THE STATE OF WASHINGTON, *Respondent*, v. THOMAS
STEVEN LEE, *Appellant*.

Appeal from a judgment of the Superior Court for Cowlitz County, No. 8148, Alan R. Hallowell, J., entered October 25, 1982. *Affirmed* by unpublished opinion per Petrich, C.J., concurred in by Reed and Worswick, JJ.

[No. 4983–3–III.   Division Three.   June 14, 1984.]

THE STATE OF WASHINGTON, *Respondent*, v. DANNY
RAY MOORE, *Appellant*.

Appeal from a judgment of the Superior Court for Franklin County, No. 4369, Robert S. Day, J., entered February 2, 1982. *Affirmed* by unpublished opinion per Munson, C.J., concurred in by Green and Thompson, JJ.

[No. 5336–9–III.   Division Three.   June 14, 1984.]

LARRY FERGUSON, ET AL, *Respondents*, v. THE
RAINIER FUND, INC., ET AL, *Appellants*.

Appeal from a judgment of the Superior Court for Benton County, No. 80–2–01373–1, Robert S. Day, J., entered July 19, 1982. *Affirmed in part, reversed in part,* and *remanded* by unpublished opinion per Thompson, J., concurred in by Munson, C.J., and Green, J.